478 A.2d 134

Commonwealth v. Robinson, Appellant.
Petition for Allowance of Appeal
Denied Oct. 2, 1984.

Submitted April 30, 1984.   Norris E. Gelman, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.